ALICE MACDONALD, as Administratrix of the Estate of MAY JOHNSTON, Deceased, Respondent, *v.* CITY OF BEACON, Appellant.

Submitted May 21, 1945; decided June 7, 1945.

*Vincent D. Stearns* for motion.
*Normington Schofield* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.